SUSTAINED in part. The secured claims shall be based on a fair market value of $570,000, for reasons stated at the hearing on October 17, 2005.

Date signed December 27, 2005



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| DONNA L. POOLE ) | Case No. 04-38617-SD |
| ) | (Chapter 13) |
| ) | |
| ) | |
| Debtor ) | |
| ) | |

**OMNIBUS OBJECTION TO CLAIMS**
**(Eric Ireland Judgment -$66,617.65)**
**(Victor Baker Judgment-$66,617.65)**
**(William McAteer-$133,235.30)**

DONNA L. POOLE (the "Debtor"), by her undersigned counsel, John D. Burns, Esquire, files this Omnibus Objections to Claim (the "Claim") and in support thereof, states as follows:

On December 21, 2004 (the "Petition Date"), the Debtor filed a voluntary Chapter 13 bankruptcy proceeding. On January 4, 2005, three judgment creditors filed proofs of claim (the "Claims"); namely, William McAteer, for $133,235.30, Eric Ireland, for $66,617.65, and Victor Baker for $66,617.65 (the "Claimants"). These claims were filed as fully secured against real estate with a value of $500,000.00. An objection was filed. Subsequently, there was an amendment to these to filings to reflect a Consent Order Fixing Value at $515,000.00. The Consent Order was final as to the value of the real property, per the contested matters that commenced it. The Court has ruled that as a