BK 17154 PG 307

NO TITLE SEARCH
NO CONSIDERATION
NO TITLE INSURANCE

# Warranty Deed

THIS Warranty Deed made July 8, 2005 by and between Donna L. Poole, Grantor, and Donna L. Poole and Joseph W. Poole, Trustee of the Donna L. Poole Revocable Trust dated July 8, 2005, Grantee. The Grantor herein is the original beneficiary of the said Trust and the said Trust is not a business trust.

Witnesseth, that the said Grantor, for no monetary consideration, but acknowledging other good and valuable consideration, the receipt whereof is hereby acknowledged and does hereby grant, convey, release and quit-claim unto Grantee and said Grantee's successors and assigns,

ALL the following described land situate in Anne Arundel County lying and being in the State of Maryland to wit:

ALL that property herein described in Exhibit A attached hereto. The improvements thereon known as 167 Cardamon Drive, Edgewater, Maryland 21037.

BY THE EXECUTION of this Deed, the Grantor hereby warrants under the penalties of perjury that the actual consideration paid or to be paid, including the amount of any mortgage or deed of trust assumed by the Grantee, is in the sum total of Zero ($0.00) Dollars. THE TOTAL PAYMENT ACTUALLY PAID TO THE GRANTOR, INCLUDING THE FAIR MARKET VALUE OF ANY PROPERTY RECEIVED BY THE GRANTOR AS PART OF THIS TRANSACTION, IS ZERO ($0.00) DOLLARS.

TOGETHER WITH the buildings and improvements thereupon, and the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

TO HAVE AND TO HOLD the said described lot of ground and premises, to the said Grantee and said Grantee's successors and assigns, in fee simple absolute.

AND the Grantor hereby covenants that the Grantor has not done, or suffered to be done any act, matter or thing whatsoever to encumber the property hereby conveyed; that the Grantor warrants specially the property hereby granted and that the Grantor will execute such further assurances of the same as may be requisite.

ANNE ARUNDEL COUNTY CIRCUIT COURT (Land Records) [MSA CE 59-17498] RPD 17154, p. 0307. Printed 11/03/2006. Image available as of 01/12/2006.

BK 17154 PG 308

IN WITNESS WHEREOF, said Grantor has hereto set her hand and seal the day and year first written above.

_____  _____ (SEAL)
WITNESS                     Donna L. Poole

STATE OF MARYLAND:
COUNTY OF BALTIMORE:

I hereby certify that on July 8, 2005, before the subscriber, a Notary Public in and for the State and County, personally appeared in said State and County, Donna L. Poole, did acknowledge the foregoing deed to be her act.

_____
Notary Public, Maryland

LAWRENCE ADASHEK
Notary Public
Baltimore County, MD
Commission Expires 12/1/07

NO TITLE SEARCH ACKNOWLEDGEMENT

At the request of Donna L. Poole, Trustee, no title search was made and this deed was prepared solely on the basis of the information furnished by the Trustee herein.

_____  _____ (SEAL)
WITNESS                     Donna L. Poole, Trustee of the Donna L. Poole
                            Revocable Trust

This is to certify that the within instrument has been prepared by or under the supervision of the undersigned attorney duly admitted to practice before the Court of Appeals of Maryland:

_____
Lawrence D. Adashek, Esquire
101 E. Chesapeake Avenue, Fifth Floor
Towson, Maryland  21286
(410) 415-5880

RETURN ORIGINAL TO:
    Lawrence D. Adashek, Esquire
    101 E. Chesapeake Avenue, Fifth Floor
    Towson, Maryland  21286

AA CIRCUIT COURT (Land Records) [MSA CE 59-17498] RPD 17154, p. 0308. Printed 11/09/2006. Online 01/12/2006.

2

BK 17154 PG 309

Exhibit A

Being known and designated as Lot 1, Block K, Section Two, Gingerville Manor Estates, as designated and delineated on the Plat of Gingerville Manor Estates recorded among the Plat Records of Anne Arundel County in Plat Book 34, Folio 13.

BEING the same lot of ground which by deed dated April 9, 1998 and recorded among the Land Records of Anne Arundel County in Liber 8463, page 146, was granted and conveyed by Jeremiah D. Kiefer and Elizabeth K. Kiefer, his wife, unto Donna Lee Poole, the grantor herein.

The improvements thereon being known as 167 Cardamon Drive.

BK 17154 PG 310

## State of Maryland Land Instrument Intake Sheet
☐ Baltimore City    ☑ County: ANNE ARUNDEL

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.)*
*(Type or Print in Black Ink Only—All Copies Must Be Legible)*

| 1 | Type(s) of Instruments | (☑ Check Box if addendum Intake Form is Attached.) Deed / Deed of Trust / Mortgage / Lease / Other ___ / Other ___ |
|---|---|---|
| 2 | Conveyance Type Check Box | Improved Sale Arms-Length [1] / Unimproved Sale Arms-Length [2] / Multiple Accounts Arms-Length [3] / ☑ Not an Arms-Length Sale [9] |
| 3 | Tax Exemptions (if Applicable) Cite or Explain Authority | Recordation: GRANTOR TO GRANTOR TRUST / State Transfer / County Transfer |

### 4 Consideration and Tax Calculations

| Consideration Amount | | Finance Office Use Only — Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ 0 | Transfer Tax Consideration | $ |
| Any New Mortgage | $ | X ( ) % = | $ |
| Balance of Existing Mortgage | $ | Less Exemption Amount – | $ |
| Other: | $ | Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X ( ) per $500 = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

### 5 Fees

| Amount of Fees | Doc. 1 | Doc. 2 | Agent: |
|---|---|---|---|
| Recording Charge | $ 40 | $ | |
| Surcharge | $ | $ | Tax Bill: |
| State Recordation Tax | $ | $ | |
| State Transfer Tax | $ | $ | C.B. Credit: |
| County Transfer Tax | $ | $ | |
| Other | $ | $ | Ag. Tax/Other: |
| Other | $ | $ | |

### 6 Description of Property
*SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).*

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 02 | 03705900 | 8463/146 | 51 | 328 | ☐ (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| GINGERVILLE MANOR ESTS | 1 | K | 2 | 34/13 | |

Location/Address of Property Being Conveyed (2): 167 CARDAMON DRIVE

Other Property Identifiers (if applicable): 

Water Meter Account No.:

Residential ☑ or Non-Residential ☐    Fee Simple ☐ or Ground Rent ☐    Amount:
Partial Conveyance? ☐ Yes ☑ No    Description/Amt. of SqFt/Acreage Transferred:
If Partial Conveyance, List Improvements Conveyed:

### 7 Transferred From
Doc. 1 - Grantor(s) Name(s): DONNA L. POOLE
Doc. 2 - Grantor(s) Name(s):
Doc. 1 - Owner(s) of Record, if Different from Grantor(s):
Doc. 2 - Owner(s) of Record, if Different from Grantor(s):

### 8 Transferred To
Doc. 1 - Grantee(s) Name(s): DONNA L. POOLE + JOSEPH W. POOLE, TRUSTEES
Doc. 2 - Grantee(s) Name(s):

New Owner's (Grantee) Mailing Address: 167 CARDAMON DRIVE, EDGEWATER, MD 21037

### 9 Other Names to Be Indexed
Doc. 1 - Additional Names to be Indexed (Optional):
Doc. 2 - Additional Names to be Indexed (Optional):

### 10 Contact/Mail Information
Instrument Submitted By or Contact Person
Name: LAWRENCE ADASHEK
Firm: 101 E. CHESAPEAKE AVE., 5TH FLOOR
Address: TOWSON, MD 21286    Phone: (410) 415-5880

☑ Return to Contact Person
☐ Hold for Pickup
☐ Return Address Provided

### 11 Assessment Information
**IMPORTANT: BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER**

☑ Yes  ☐ No  Will the property being conveyed be the grantee's principal residence?
☐ Yes  ☑ No  Does transfer include personal property? If yes, identify: ___
☐ Yes  ☑ No  Was property surveyed? If yes, attach copy of survey (if recorded, no copy required).

**Assessment Use Only - Do Not Write Below This Line**

| ☐ Terminal Verification | ☐ Agricultural Verification | ☐ Whole | ☐ Part | ☐ Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number: | Date Received: | Deed Reference: | Assigned Property No.: | |
| Year 20 | 20 | Geo. | Map | Sub | Block |
| Land | | Zoning | Grid | Plat | Lot |
| Buildings | | Use | Parcel | Section | Occ. Cd. |
| Total | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

ANNE ARUNDEL COUNTY CIRCUIT COURT (Land Records) [MSA CE 59-17498] RPD 17154, p. 0310. Printed 11/03/2006. Image available as of 01/12/2006.

Distribution: White - Clerk's Office
Canary - SDAT
Pink - Office of Finance
Goldenrod - Preparer
AOC-CC-300 (6/95)